# In the United States Court of Federal Claims

No. 10-204 C

(Filed August 14, 2013)

```
* * * * * * * * * * * * * * * * * * * *
UNIGLOBE GENERAL TRADING    *
& CONTRACTING CO., W.L.L.,  *
                            *
            Plaintiff,      *
                            *
      v.                    *
                            *
THE UNITED STATES,          *
                            *
            Defendant.      *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 13, 2013, defendant filed an Unopposed Motion for an Enlargement of Time within which to file a supplement to its April 22, 2013 motion for partial dismissal of plaintiff's amended complaint. In its motion, defendant requests an extension of 21 days, to and including September 16, 2013, within which to file the supplement required by the court's August 12, 2013 order. For good cause shown, the court grants defendant's unopposed motion.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Unopposed Motion for an Enlargement of Time is **GRANTED**;

(2) Defendant shall **FILE** its **Supplement to Defendant's Partial Motion to Dismiss the Amended Complaint** on or before **September 16, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge