# In the United States Court of Federal Claims

No. 10-204 C

(Filed September 12, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNIGLOBE GENERAL TRADING  \*
& CONTRACTING CO., W.L.L.,  \*
                            \*
        *Plaintiff*,  \*
                            \*
v.                          \*
                            \*
THE UNITED STATES,          \*
                            \*
        *Defendant*.  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On September 11, 2013, defendant filed a Motion for an Enlargement of Time within which to file a supplement to its April 22, 2013 motion for partial dismissal of plaintiff's amended complaint. The court previously granted a 21-day enlargement of time for this purpose. In its motion, defendant requests an additional extension of 7 days, to and including September 23, 2013, within which to file the supplement required by the court's August 12, 2013 order. Counsel for the government states that he was unsuccessful in his attempt to contact plaintiff's counsel and obtain his concurrence with defendant's motion. Nevertheless, for good cause shown, the court grants defendant's motion.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Motion for an Enlargement of Time (ECF No. 77) is **GRANTED**; and

(2) Defendant shall **FILE** its **Supplement to Defendant's Partial Motion to Dismiss the Amended Complaint** on or before **September 23, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge