# In the United States Court of Federal Claims

No. 10-204 C

(Filed October 1, 2013)

```
* * * * * * * * * * * * * * * * * * * *
UNIGLOBE GENERAL TRADING   *
& CONTRACTING CO., W.L.L.,   *
                             *
            Plaintiff,       *
                             *
      v.                     *
                             *
THE UNITED STATES,           *
                             *
            Defendant.       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 1, 2013, defendant filed an unopposed Request for a Stay in Light of Lapse of Appropriations.  Based on the lapse in appropriations to the Department of Justice as of September 30, 2013, the government requests "a stay of all deadlines in this case, including the deadline for both parties to file supplemental briefs [as required by the court's order dated September 27, 2013], . . . until Congress has restored appropriations to the Department."  The government further requests that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations."

For good cause shown, defendant's Request for a Stay in Light of Lapse of Appropriations is **GRANTED**.  Defendant shall **CONTACT** chambers at **(202) 357-6532** immediately upon restoration of appropriations to the Department of Justice.

/s/Lynn J. Bush
LYNN J. BUSH
Judge