# In the United States Court of Federal Claims

No. 10-204 C

(Filed October 17, 2013)

```
* * * * * * * * * * * * * * * * * * * *
UNIGLOBE GENERAL TRADING    *
& CONTRACTING CO., W.L.L.,   *
                             *
            Plaintiff,       *
                             *
    v.                       *
                             *
THE UNITED STATES,           *
                             *
            Defendant.       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 17, 2013, counsel for the parties notified the court, pursuant to the court's order dated October 1, 2013, that appropriations to the Department of Justice have been restored.  The court, with the input and agreement of counsel, established the following revised briefing schedule which modifies the schedule set forth in the court's order dated September 27, 2013.

Accordingly, it is hereby **ORDERED** that:

(1)     The Clerk's Office is directed to **LIFT** the stay in this matter;

(2)     Defendant shall **FILE** a **Supplement** to its Partial Motion to Dismiss the Amended Complaint, on or before **November 6, 2013**, which shall include:

(A)     The **Declaration of Charles J. Wilder, II**, including Attachment 1 and a complete Attachment 2.  If defendant is unable to provide Attachment 2 in its entirety, including all

pages which are currently missing from Attachment 2, defendant shall **FILE**, in addition to Attachment 2:

    i.    a **Declaration** of the contracting officer or other appropriate government personnel explaining why defendant is unable to provide the pages missing from Attachment 2; and

    ii.    a **Description**, to the extent possible, of the content of the pages missing from Attachment 2;

(B)    **Defendant's Statement**, supported by citations to the record, of defendant's position regarding whether – and, if so, when and how – defendant transmitted Attachment 1 and/or Attachment 2 to Uniglobe; and

(C)    All **Documents** and/or **Declarations** of persons with knowledge which defendant contends support its Statement and which are not already part of the record before the court;

(3)    Plaintiff shall **FILE** a **Supplement** to its Response to Defendant's Partial Motion to Dismiss the Amended Complaint, on or before **November 15, 2013**, which may respond to defendant's Supplement and shall include:

(A)    **Plaintiff's Statement**, supported by citations to the record, of plaintiff's positions regarding:

    i.    whether – and, if so, when and how – Uniglobe received Attachment 1 and/or Attachment 2; and

    ii.    whether – and, if so, when and how – Uniglobe received, prior to April 6, 2009, *any* written correspondence or other documents from the government which responded directly to Uniglobe's claim for lease fees under the 442 contract; and

(B)     All **Documents** and/or **Declarations** of persons with
knowledge which plaintiff contends support its Statement and
which are not already part of the record before the court.

(4)     Defendant shall **FILE** a **Reply** to Plaintiff's Supplement, if necessary,
on or before **November 22, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge